**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **LORI FAJARDO,**<br><br>        Plaintiff,<br><br>        v.<br><br>**MICHAEL J. ASTRUE,**<br>**Commissioner of the Social**<br>**Security Administration,**<br><br>        Defendant. | Case No. CV 08-01615 AJW<br><br>**J U D G M E N T** |

      **IT IS ADJUDGED** that the Commissioner's decision is reversed, and the matter is remanded to the Commissioner for further administrative proceedings consistent with the memorandum of decision filed concurrently herewith.

January 11, 2010

_____
ANDREW J. WISTRICH
United States Magistrate Judge